LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>GILBERT ABILEZ, AKA GILBERT ABILEZ JR.,<br><br>          Defendant | No. CV A 10-5543<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gilbert Abilez, aka Gilbert Abilez Jr., in the principal amount of $167,025.88 plus interest accrued to July 20, 2010, in the sum of $40,867.43; with interest accruing thereafter at $24.01 daily until entry of judgment, for a total amount of **$207,893.31**.

DATED: 8/12/2010    By: TERRY NAFISI
                        Clerk of the Court
                        L. RAYFORD
                        Deputy Clerk
                        United States District Court

Page 5